THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD R. POSTLETHWAITE, Appellant.—

Judgment affirmed. Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.

EDWARD KONCHAR, Respondent, v. MARC LEICHTMAN et al., Appellants.—

Judgment affirmed, with costs. Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.